[No. 45305-3-II.   Division Two.   February 3, 2015.]

CLIFFORD S. DANIELS, *Appellant*, v. THE DEPARTMENT OF LABOR & INDUSTRIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-06668-3, Linda CJ Lee, J., entered August 12, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 45329-1-II.   Division Two.   February 3, 2015.]

EUGENE GARVIE, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00091-9, Gary R. Tabor, J., entered September 13, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, A.C.J., and Maxa, J.

[No. 45377-1-II.   Division Two.   February 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN J. HECKARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 13-1-00038-3, Michael J. Sullivan, J., entered August 16, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 45378-9-II.   Division Two.   February 3, 2015.]

ROBERT SUDAR ET AL., *Appellants*, v. THE DEPARTMENT OF FISH AND WILDLIFE COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00767-1, Chris Wickham, J., entered August 23, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Bjorgen, J. Now published at 187 Wn. App. 22.